**Electronically Filed
Supreme Court
SCWC-21-0000002
10-APR-2025
03:01 PM
Dkt. 5 ODAC**

SCWC-21-0000002

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

_____

C.R.F.,
Petitioner/Plaintiff-Appellant,

vs.

M.L.M.F.,
Respondent/Defendant-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000002; FC-D No. 16-1-0645)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner C.R.F.'s Application for Writ of Certiorari,

filed on February 26, 2025, is hereby rejected.

DATED: Honolulu, Hawai‘i, April 10, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

